UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BYRON K. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-00168-SRC |
| | ) | |
| CLEMENT AUTO GROUP, LLC et al., | ) | |
| | ) | |
| Defendants. | ) | |

## Judgment

In accordance with the Memorandum and Order issued on this date, the Court grants Clement's [47] Motion for Summary Judgment, dismisses Clement's [44] Counterclaim without prejudice, and denies as moot Green's [50] Motion for Partial Summary Judgment. The Court enters judgment in favor of Clement, dismissing this case.

So ordered this 18th day of June 2026.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE